IT IS HEREBY ORDERED THAT THE CONTENTS OF THIS ENVELOPE ARE SEALED AND SHALL REMAIN SEALED UNTIL FURTHER ORDER OF THE COURT.

12/14/05
DATE

LINCOLN D. ALMOND
U.S. MAGISTRATE JUDGE

MISC. NO. ____________

USAO NO. S05 222 ( KPM)

1:05M157A