UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. : CR. 1:05-M-157A

LAWRENCE A. LABBADIA :

MOTION TO EXTEND TIME TO POST BAIL

NOW COMES the defendant, Lawrence A. Labbadia and through counsel, hereby moves this Honorable Court to extend the time for posting bail for an additional two weeks. In support of this motion, the defendant states that the additional time is needed to secure the required documents. In addition, since the last time the defendant appeared in Court he was hospitalized for two days.

LAWRENCE A. LABBADIA
By his Attorney,

Kevin J. Fitzgerald
Assistant Federal Public Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that on this 17th day of January 2006, I hand-delivered a true copy of the within motion to Kenneth Madden, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.